UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| CHARLES BRETT, BUILDING | ) | C.A. No. 05-11542 RGS |
| INSPECTOR OF TOWN OF HAMILTON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IRINA V. TEMKINA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REQUEST FOR ENTRY OF DEFAULT OF IRINA V. TEMKINA**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Charles Brett, Building Inspector of the

Town of Hamilton, requests that the clerk enter the default of defendant Irina V.

Temkina.  An Affidavit of Donna Brewer MacKenna in support of this request is

submitted herewith.

Dated:  October 13, 2005

Respectfully submitted,

TOWN OF HAMILTON BUILDING
INSPECTOR,
By his Attorney,

/s/ Donna Brewer MacKenna
Donna Brewer MacKenna, BBO 545254
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02210
(617) 426-5900
mackenna@casneredwards.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| )<br>CHARLES BRETT, BUILDING )<br>INSPECTOR OF TOWN OF HAMILTON, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>IRINA V. TEMKINA, )<br>)<br>Defendant. )<br>) | C.A. No. 05-11542 RGS |

**AFFIDAVIT OF DONNA BREWER MacKENNA**

1.      I am the attorney for plaintiff Charles Brett, Building Inspector of the

Town of Hamilton and a member of the bar of this court.

2.      As it appears from the return of service filed with the Essex Superior

Court before the case was removed to this court, service of process was made upon Irina

V. Temkina on July 14, 2005, by certified mail, return receipt requested.

3.      Ms. Temkina removed the case to this court by notice filed July 20, 2005.

4.      Ms. Temkina filed a motion to dismiss and supporting memorandum on

August 9, 2005.

5.      Ms. Temkina's motion to dismiss was denied by the court on September 7,

2005.

6.      The time in which Irina V. Temkina is required by Fed. R. Civ. P. 12(a)(4)

to file a responsive pleading has expired.

7.      On October 4, 2005, I spoke with Ms. Temkina in the lobby of the

Northeast Housing Court in Salem.  I informed her that her responsive pleading in this

2

matter was overdue and inquired as to when I would receive it.  She agreed that she

would serve and file her answer by Monday, October 10, 2005.

    8.    As of this date, I have not received a responsive pleading, nor does the

court docket reflect that she has filed a responsive pleading.


    SIGNED UNDER PENALTIES OF PERJURY THIS 13TH DAY OF
OCTOBER, 2005.


                        /s/ Donna Brewer MacKenna
                        DONNA BREWER MacKENNA


6134.22/365466.1

2