UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES BRETT, BUILDING                    )
INSPECTOR OF TOWN OF HAMILTON,             )
    Plaintiff,                             )
                                           )
V.                                         )        05-11542RGS
                                           )
IRINA V. TEMKINA,                          )
    Defendant.                             )

## NOTICE OF APPEARANCE OF JUDY A. LEVENSON

Please enter my Notice of Appearance on behalf of the plaintiff in the above-captioned matter.

Respectfully submitted,


        /s/ Judy A. Levenson
Judy A. Levenson, BBO #295570
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated:  November 8, 2005