UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES BRETT, BUILDING INSPECTOR OF TOWN OF HAMILTON,<br>　　Plaintiff,<br><br>V.<br><br>IRINA V. TEMKINA,<br>　　Defendant. | )<br>)<br>)<br>)<br>)　　05-11542RGS<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF LEONARD H. KESTEN

Please enter my Notice of Appearance on behalf of the plaintiff in the above-captioned matter.

　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　/s/ Leonard H. Kesten
　　　　　　　　　　　　　　Leonard H. Kesten, BBO #542042
　　　　　　　　　　　　　　Brody, Hardoon, Perkins & Kesten, LLP
　　　　　　　　　　　　　　One Exeter Plaza
　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　(617) 880-7100

Dated: November 8, 2005