UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES BRETT, BUILDING )
INSPECTOR OF TOWN OF HAMILTON, )
    Plaintiff, )
 )
V. ) 05-11542RGS
 )
IRINA V. TEMKINA, )
    Defendant. )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                                                                   Respectfully submitted,
                                                                                   Defendants`
                                                                                   By their attorney,

_/s/ Charles Brett_                                          _/s/ Judy A. Levenson_
Charles Brett, Building Inspector         Leonard H. Kesten, BBO #542042
Town of Hamilton                            Judy A. Levenson, BBO #295570
                                                                           Brody, Hardoon, Perkins & Kesten, LLP
                                                                                  One Exeter Plaza
                                                                                   Boston, MA 02116
                                                                                   (617) 880-7100

Dated: 11/16/05