UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES BRETT, BUILDING )
INSPECTOR OF TOWN OF HAMILTON, )
)
Plaintiff, )
)
v. ) No. CV-05-11542-RGS
)
IRINA V. TEMKINA, )
)
Defendant. )

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant, Irina V. Temkina, moves this Honorable Court for an extension of time to Monday, December 5, 2005 to file an opposition to the Plaintiff's Motion to Dismiss Defendant's Counterclaim.

In support of her motion, the defendant states as follows:

1. Plaintiff/defendants-in-counterclaim electronically filed a Motion to Dismiss Defendant's Counterclaim on November 03, 2005.

2. Defendant/plaintiff-in-counterclaim, an out-of-state pro se litigant, did not receive a copy of the plaintiff's Motion until November 09, 2005.

3. Defendant, unlike plaintiff, is not able to electronically file documents in the District of Massachusetts.

4. Local Rule 7.1(b) states that oppositions shall be filed within fourteen days of the filing of the motion.

5. However, permitting the defendant an extension of time serves the interests of justice.

Consequently, defendant respectfully requests that the court grant her an extension of time to Monday December 5, 2005, to file an opposition to the plaintiff's Motion.

Dated: November 16, 2005

DEFENDANT,

Irina V. Temkina
125 Neck Road
P.O. Box 4017
Old Lyme, Connecticut 06371
Telephone: (860) 597-3020
Electronic Mail: irina.temkina@uconn.edu

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been sent, via facsimile, this 17th day of November 2005, to plaintiff/defendant-in-counterclaim Charles Brett's counsel, Donna Brewer MacKenna, Casner & Edwards, and to defendant-in-counterclaim Town of Hamilton's counsel, Leonard H. Kesten, Brody, Hardoon, Perkins & Kesten.

Irina V. Temkina

distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************