UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CHARLES BRETT, BUILDING INSPECTOR
OF TOWN OF HAMILTON

        V.        CIVIL ACTION NO. 05-11542-RGS

IRINA V. TEMKINA

# DISCOVERY ORDER

THE FOLLOWING "DISCOVERY ORDER" IS HEREBY ENTERED

IN THE ABOVE-CAPTIONED ACTION AS FOLLOWS:

1. All non-expert discovery including depositions but excepting requests for admissions shall be completed by JUNE 30, 2006;

2. Expert disclosure, including identification of all expert witnesses and any and all written reports prepared by such expert witnesses, shall be made by plaintiff by JUNE 30, 2006, and by the defendant by JULY 31, 2006;

3. All expert depositions shall be completed by SEPTEMBER 29, 2006. Each party, at its discretion, shall be entitled to conduct no more than one deposition of each expert witness disclosed;

4. Requests for admissions shall be completed by SEPTEMBER 29, 2006;

5. Motions or Summary Judgment shall be filed by OCTOBER 20, 2006, with responses due 14 days thereafter unless enlarged by the Court.

SO ORDERED.

        RICHARD G. STEARNS
        UNITED STATES DISTRICT JUDGE

BY:

        /s/ Mary   H. Johnson
        Deputy Clerk