UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES BRETT, BUILDING INSPECTOR OF TOWN OF HAMILTON,  )<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>IRINA V. TEMKINA,  )<br>)<br>Defendant.  ) | C.A. No. 05-11542 RGS |

**JOINT MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR SANCTIONS AGAINST NON-PARTY WITNESS AND STIPULATION**

The plaintiff Charles Brett, Building Inspector of Town of Hamilton and defendant Irina V. Temkina hereby agree and stipulate as follows:

1. Plaintiff's Motion for Sanctions Against Non-Party Witness electronically filed on October 20, 2006 is hereby withdrawn.

2. Defendant shall not seek to introduce the testimony of Elliott Tiomkin, or any documentary evidence from Mr. Tiomkin, for any purpose.

Dated: October 24, 2006

| Plaintiff, | Defendant, |
|---|---|
| CHARLES BRETT, BUILDING INSPECTOR OF TOWN OF HAMILTON, | IRINA V. TEMKINA, |
| By: */s/ Donna Brewer MacKenna* | */s/ Irina V. Temkina* |
| Donna B. MacKenna, B.B.O. No. 545254 | Irina V. Temkina |
| CASNER & EDWARDS, LLP | 5 Newton Road |
| 303 Congress Street | Gloucester, MA  01930 |
| Boston, MA  02210 | (860) 597-3020 |
| (617) 426-5900 | temkinai@yahoo.com |
| mackenna@casneredwards.com | |

2

## LOCAL RULE 7.1 CERTIFCATION

I certify that the defendant Irina V. Temkina and I have communicated by email and jointly agreed to the filing of this motion.

/s/ *Donna Brewer MacKenna*_____
Donna Brewer MacKenna

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the *pro se* defendant by email and by first class mail, postage pre-paid on October 24, 2006.

 /s/ *Donna Brewer MacKenna*
Donna Brewer MacKenna

6134.22/396108.1